UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMAN ABERA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>SAN DIEGO PACIFICVU, LLC; et al.,<br><br>Defendants - Appellees. | No. 25-4101<br><br>D.C. No.<br>3:25-cv-01488-RBM-DEB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

This court lacks jurisdiction over this appeal because the July 1, 2025 notice of appeal does not challenge a final or immediately appealable order entered by the district court. *See* 28 U.S.C. § 1291. This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

All pending motions are denied as moot.

**DISMISSED.**